

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Thursday, November 30, 2017

District Clerk Nacogdoches County
Nacogdoches County Courthouse
101 W. Main, Suite 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**FILED**

11/30/2017

Twelfth Court of Appeals
Pam Estes
Clerk

RE:    Case Number:  15-0944
        Court of Appeals Number:  12-15-00062-CV
        Trial Court Number:  C0824736

Style:  THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS
       v.
       C.W.H.

Dear Clerk:

The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:    Mr. Jeremy S. Willis (DELIVERED VIA E-MAIL)
      Ms. Pam Estes (DELIVERED VIA E-MAIL)
      Mr. Noel D. Cooper (DELIVERED VIA E-MAIL)
      Ms. Susan Denton Ward (DELIVERED VIA E-MAIL)
      Mr. Matthew H. Frederick (DELIVERED VIA E-MAIL)